UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BITAVIA CLEVELAND,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

Civil Action No. 1:23-cv-01702 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the action without prejudice.

Plaintiff has sued the United States for reasons that are unclear. The complaint refers to abuse by unnamed people, credit problems, property damage, and non-receipt of payment from jobs that she has worked. *See* Compl. at 1–2. Plaintiff recites the labels of legal claims or concepts, including "Employment Discrimination" and "Social Security," without any associated factual allegations. *Id.* at 2. In other filings, Plaintiff refers to terrorism, false advertisement, identity theft, sexual abuse of her children, improper medical care, theft at a homeless shelter, and human trafficking. *See* Pl.'s Notice, ECF No. 4; Pl.'s Mot. to Expedite, ECF No. 5.

When a plaintiff proceeds *in forma pauperis*, the Court must dismiss a complaint that "fails to state a claim on which relief can be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). To avoid dismissal, the complaint "must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotation omitted). A claim is facially plausible if the plaintiff pleads facts that "allow[] the court to draw the reasonable

1

2

inference that the defendant is liable for the misconduct alleged." *Id.* Because Plaintiff has not pleaded facts supporting a reasonable inference that the United States is liable for any of the misconduct vaguely described in her filings, she has failed to meet this standard.

The action will be dismissed without prejudice by separate order, and Plaintiff's Motion to Expedite is **DENIED** as moot.

DATE: July 19, 2023

_____
CARL J. NICHOLS
United States District Judge